# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **Emmitt Owens**<br><br>                    **Plaintiff,**<br><br>v.<br><br>**Bon Secours Health System, Inc.,** *et al.*<br><br>                    **Defendants.** | Civil Action No.:  3:16cv68 |

## JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT

COME NOW the Plaintiff Emmitt Owens ("Plaintiff") and Bon Secours Health System, Inc., Bon Secours Richmond Health System, and Bon Secours Memorial Regional Medical Center, Inc. ("Defendants"), by their respective counsel, and jointly move this Court for entry of an Order approving the settlement reached by the Parties as a fair and reasonable settlement of a bona fide dispute arising under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*. ("FLSA").  The Parties incorporate herein the arguments set forth in the Memorandum of Law filed contemporaneously with this Motion.

WHEREFORE, for the reasons outlined above, and for the reasons contained in the accompanying memorandum of law, and for all other reasons apparent to the Court, the Parties respectfully request that this Court enter an Order approving the negotiated settlement as fair, reasonable, and adequate, and dismissing the action with prejudice.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Craig Juraj Curwood  (VSB #43975) | Anthony J. Marcavage (VSB #77595) |
| Philip Justus Dean (VSB #86335) | Bon Secours Health System, Inc. |
| Curwood Law Firm | 1505 Marriottsville Road |
| 530 E. Main Street, Suite 710 | Marriottsville, MD 21104 |
| Richmond, VA 23219 | Tel: 410.442.3581 |
| Tel: 804.788.0808 | Fax: 410.442.3526 |
| Fax: 804.767.6777 | Anthony_Marcavage@bshsi.org |
| ccurwood@curwoodlaw.com | |
| pdean@curwoodlaw.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April 2016, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing (NEF) to the following:

Anthony J. Marcavage, Esq.
Bon Secours Health System, Inc.
1505 Marriottsville Road
Marriottsville, MD 21104
Telephone:  (410) 442-3581
Fax:  (410) 442-3256
Anthony_Marcavage@bshsi.org

                                                             ___/s/_____
                                                           Philip Justus Dean (VSB No. 86335)
                                                           Craig Juraj Curwood (VSB No. 43975)
                                                           Attorneys for Plaintiffs
                                                           Curwood Law Firm, PLC
                                                           530 E. Main Street, Suite 710
                                                           Richmond, VA 23219
                                                          Telephone: (804) 788-0808
                                                          Fax: (804) 767-6777
                                                          pdean@curwoodlaw.com
                                                          ccurwood@curwoodlaw.com