UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Emmitt Owens<br><br>        Plaintiff,<br>v.<br><br>Bon Secours Health System, Inc., *et al.*<br><br>        Defendants. | Civil Action No.: 3:16cv68 |

## ~~PROPOSED~~ ORDER

Upon consideration of the Parties' Joint Motion for Approval of Settlement, it is hereby ORDERED that the Motion is GRANTED and that the Settlement Agreement is APPROVED as fair and adequate.

This 12 day of April, 2016.

                /s/ REP
              United States District Judge
              Robert E. Payne